E-FILED
Wednesday, 19 June, 2019 01:19:43 PM
Clerk, U.S. District Court, ILCD

FILED
JUN 1 9 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> NATHAN A. INGOLD, ) <br> ) <br> Defendant. ) | Criminal No. 19-CR-200 46 <br><br> Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1); 2252A(a)(5)(B) and (b)(2); and 2253. |

### INDICTMENT

**COUNT ONE**
(Distribution of Child Pornography)

**THE GRAND JURY CHARGES THAT:**

On or about February 18, 2019, in Champaign County, in the Central District of Illinois, the defendant,

**NATHAN A. INGOLD,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including visual depictions of minors engaging in sexually explicit conduct, said child pornography having been shipped or transported using any means or facility of interstate or foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT TWO
(Possession of Child Pornography)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 5, 2019, in Champaign County, in the Central District of Illinois, the defendant,

**NATHAN A. INGOLD,**

knowingly possessed cellular telephones, computer processing units, and other digital storage materials, containing images and videos of child pornography, in addition to those charged in Count One, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE NOTICE

1. The charges contained in Counts One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in Counts One and Two,

**NATHAN A. INGOLD,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One and Two of this Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One and Two of this Indictment; and

    c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment,

printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Galaxy S6 model SM-G920i, mobile device (IMEI 357215066745129)

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

s/Foreperson

FOREPERSON

s/Elly Peirson

JOHN C. MILHISER
UNITED STATES ATTORNEY
EMP