UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN INGOLD,<br><br>Defendant. | 19-20046-MMM-EIL |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant, NATHAN INGOLD, through his attorney Assistant Federal Public Defender Johanes Maliza, hereby moves this Court, pursuant to Local Rule 49.9, for an Order granting him leave to file the Mitigation Report in this case under seal. In support, he states as follows:

1. The Mitigation Report contains intimate details of his life, which are of no interest to the general public, and which may embarrass Mr. Ingold or other individuals if made public.

2. Filing the Mitigation Report under seal would allow the Court to learn important information relevant to his case, protect the interests of the parties, and allow the Court to make an informed decision regarding his sentence.

WHEREFORE, Mr. Ingold respectfully requests that the Court grant him leave to file the Mitigation Report under seal.

                                            Respectfully submitted,

December 30, 2019                 NATHAN INGOLD, Defendant,

                                            THOMAS PATTON, Federal Public Defender

                                            By: <u>s/ Johanes Maliza</u>
                                            Johanes C. Maliza (6323056)
                                            Assistant Federal Public Defender
                                            600 E. Adams St., Third Floor
                                            Springfield, IL 62701
                                            Telephone:   217-492-5070
                                            Facsimile:    217-492-5077
                                            E-mail:       johanes_maliza@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes C. Maliza