IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CR-20046 |
| | ) |
| NATHAN A. INGOLD, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARING**

The United States of America moves this Court to continue the sentencing hearing for not less than sixty (60) days.   In support of this motion, the Government states as follows:

1.     On September 11, 2019, Defendant Ingold appeared before United States Magistrate Judge Eric I. Long and pleaded guilty to the two-count Indictment charging him with Distribution and Possession of Child Pornography. (R.15, 17)   This matter is set for sentencing on January 6, 2019.

2.     The investigation in this matter began in February 2019 when Department of Homeland Security (HSI) agents conducted an undercover investigation on the BitTorrent network. In June 2019, agents executed a federally authorized search warrant at Defendant Ingold's residence and seized evidence of trafficking child pornography via the Internet.

1

3. HSI conducted and completed the forensic analysis of Defendant Ingold's computer media seized during the search. As part of this analysis, the recovered images of suspected child pornography are typically sent to the National Center for Missing and Exploited Children (NCMEC) in Alexandria, Virginia. It is from this report that the Government determines the identity of the victims and can notify victims of their right to be heard at the sentencing of the defendant.

4. Undersigned counsel learned this morning that the government has not yet received a complete report from NCMEC and the victims in this case have not yet been notified. Undersigned counsel has also learned from the agency's supervisory agent that messages regarding the report were not received as the case agent was on leave in a remote area. Undersigned counsel has directed the case agent to request an expedited report from NCMEC.

5. A crime victim has the right to be "reasonably heard at any public proceeding in the district court involving . . . sentencing..." 18 U.S.C. § 3771(a)(4).

6. The Government is obligated to "make their best efforts to see that crime victims are notified of, and accorded" this right. 18 U.S.C. § 3771(c)(1).

7. The Government must submit the images recovered in Defendant Ingold's case to the National Center for Missing and Exploited Children and request that they expedite analysis. The Government must then submit the report to FBI's Child Pornography Victim Assistance Program in order to determine the identities of the

victims and notify the victims of the sentencing hearing, currently scheduled for January 6, 2019.

8.  The defendant is currently in the custody of the United States Marshal. According to the initial Presentence Report, the defendant is facing a statutory range of five years to twenty years imprisonment and a guidelines range of 151 months to 188 months imprisonment. (R. 23)

9.  The undersigned has consulted with the defendant's attorney, Johannes C. Maliza, who stated that his client does not object to a thirty-day continuance, but takes no position on a sixty-day continuance.

10. Based on the government's experience, coordination with NCMEC and subsequent notification of victims requires a sixty-day continuance.

WHEREFORE, the government moves to continue the sentencing hearing for no less than sixty (60) days, in order to comply with the Crime Victims Right's Act.

> Respectfully submitted,
>
> JOHN C. MILHISER
> UNITED STATES ATTORNEY
>
> s/Elly M. Peirson
> Elly M. Peirson, Illinois Bar No. 6298075
> Assistant United States Attorney
> 201 S. Vine Street, Suite 226
> Urbana, Illinois 61802
> Telephone: (217) 373-5875
> Fax: (217) 373-5891
> elly.peirson@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Johanes C. Maliza

      s/Elly M. Peirson
Elly M. Peirson, Illinois Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
Fax: (217) 373-5891
elly.peirson@usdoj.gov