IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 19-cr-20046 |
| | ) | |
| **NATHAN A. INGOLD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**FINAL ORDER OF FORFEITURE**

On October 4, 2019, this Court entered a Preliminary Order of Forfeiture and Seizure pursuant to the provisions of 18 U.S.C. § 2253, incorporating by reference the provisions of 21 U.S.C. § 853, based upon the Defendant Nathan A. Ingold's guilty plea and stipulation to the conduct which forms the basis of the forfeiture allegations of the Indictment;

Commencing on October 11, 2019, and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, the Government's Motion for a Final Order of Forfeiture is GRANTED and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. All right, title, and interest in and to one (1) Galaxy S6 model SM-G920i, mobile device (IMEI 357215066745129) is hereby forfeited to the United States.

2. The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

ENTERED: January 9, 2020

                                                        s/ Michael M. Mihm
                                      United States District Judge Michael M. Mihm